JAMES E. HARPER, ESQ.
Nevada Bar No.: 9822
**HARPER LAW GROUP**
1935 Village Center Circle
Las Vegas, Nevada 89134
Ph.:   (702) 948-9240
Fax:   (702) 778-6600
E-Mail:   eservice@harperlawlv.com

*Attorney for Defendant*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| AMERICA CHACON,<br><br>Plaintiff,<br><br>vs.<br><br>STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, ROE INSURANCE COMPANY; DOES I through X, inclusive, and ROE CORPORATIONS I through X, inclusive,<br><br>Defendants. | CASE NO.:   2:15-cv-01787-JAD-NJK<br><br>**STIPULATION AND ORDER FOR DISMISSAL OF ALL CLAIMS WITH PREJUDICE** |

IT IS HEREBY STIPULATED by and between the Plaintiff, AMERICA CHACON, by and through her counsel of record, G. DALLAS HORTON & ASSOCIATES, and STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, by and through its counsel of record, HARPER LAW GROUP, that this matter be dismissed with prejudice; each party to bear their own costs and attorney fees.

### ORDER

Based on the parties' stipulation, IT IS HEREBY ORDERED this action is DISMISSED with prejudice, each side to bear its own fees and costs. The Clerk of Court is instructed to close this case.

Dated: November 16, 2015.

_____
UNITED STATES DISTRICT JUDGE

DATED this 12th day of November 2015              DATED this 16th day of November, 2015

G. DALLAS HASSOCIATES                              HARPER LAW GROUP

_____                    _____
DAVID L. THOMAS, ESQ.                              James E. Harper, Esq.
Nevada Bar No. 008686                              Nevada Bar No. 009822
4435 South Eastern Avenue                          1935 Village Center Circle
Las Vegas, Nevada 89119                            Las Vegas, NV 89134
*Attorneys for Plaintiff*                          *Attorney for Defendant*

## ORDER

Upon stipulation of the parties, the Plaintiff's Complaint filed in the above-entitled case is hereby dismissed with prejudice; each party to bear their own costs and fees.

**IT IS SO ORDERED.**

Dated this ___ day of November 2015.

_____
UNITED STATES COURT JUDGE

2